UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES WATSON,

    Plaintiff,

v.                                               Case No. 3:16cv550-MCR-HTC

CHAPLAIN DOUG SANDERS and
MARK S INCH,[1]

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on the Plaintiff's motion for voluntary dismissal. ECF Doc. 75. In the motion, he moves "to dismiss with prejudice his suit for racial discrimination…against the defendants" and states that "Plaintiff's desire to have this suit dismissed with prejudice is free and voluntary and without coercion." *Id.* at 1. Defendants had previously filed an answer (ECF Doc. 44), and so "dismissal is available to a plaintiff only upon order of the court and upon such terms and conditions as the court deems appropriate. Fed.R.Civ.P. 41(a)(2)." *United States v. Kasik*, 253 F. App'x 835, 836 (11th Cir. 2007). The Defendants gave notice that they consented to the dismissal "based on completion of the terms of the

---

[1] Mark S. Inch succeeded Julie Jones as Secretary of the Florida Department of Corrections and is automatically substituted as the respondent. *See* Fed. R. Civ. P. 25(d). The Clerk is directed to update the case file information to reflect Mark S. Inch as the Respondent.

settlement agreement executed last year. [Defense counsel] was finally able to complete the final term of the agreement on April 16, 2019 and spoke with Plaintiff regarding the completion of the term on April 19, 2019." ECF Doc. 76 at 1.

Upon consideration, the Court finds that granting the voluntary dismissal of this suit with prejudice is appropriate. Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED with prejudice under Fed. R. Civ. P. 41(a)(2).

2. That the clerk be directed to close the file.

IN PENSACOLA this 29th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.