UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES WATSON,

    Plaintiff,

v.                                                    CASE NO. 3:16cv550-MCR/HTC

CHAPLAIN DOUG SANDERS and
MARK S INCH,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 29, 2019, ECF No. 77. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Plaintiff's Motion for Voluntary Dismissal, ECF No. 75, is **GRANTED** in its entirety.

3, This case is **DISMISSED WITH PREJUDICE**, and the clerk is directed to close the file for this case.

**DONE AND ORDERED** this 30th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**